UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JESSICA WYNNE VOGEL                                           CIVIL ACTION

VERSUS                                                                  NO. 25-631

1 PERCENT LISTS FRANCHISES,                          SECTION "R" (3)
LLC ET AL.


## ORDER AND REASONS

In this action, Jessica Wynne Vogel sued 1 Percent Lists Franchises, LLC ("Percent Lists") for breach of contract and related claims arising from a franchise agreement.[1]    In response, defendant Percent Lists filed a counterclaim against Vogel and a third-party claim against One Percent Lists Carolinas ("Percent Lists Carolinas") for breach of guaranty and breach of contract, respectively.[2]    Vogel, as plaintiff and counter-defendant, and Percent Lists Carolinas, as the defendant to the third-party claim, filed a motion to dismiss the counterclaim and third-party claim.[3]  Thereafter, the Court granted a motion to substitute Percent Lists Carolinas for Vogel as the plaintiff.[4]  Percent Lists Carolinas is now the plaintiff in this action.  Vogel is no longer the plaintiff.  In light of the reconfiguration of the parties, the Court

---

[1]    *See generally* R. Doc. 1-4.
[2]    R. Doc. 44 at 36-42.
[3]    R. Doc. 55.
[4]    R. Doc. 58.

orders the defendant to amend its counterclaim and third-party claim to assert those claims against the proper parties (i.e., a counterclaim against plaintiff Percent Lists Carolinas and a third-party claim against Vogel).  The motion to dismiss brought by Vogel and Percent Lists Carolinas is denied without prejudice to its being refiled in response to defendant's amended pleadings.


New Orleans, Louisiana, this ___2nd___ day of December, 2025.


_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE