UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ONE PERCENT LISTS CAROLINAS, LLC | CIVIL ACTION |
| VERSUS | NO. 25-631 |
| 1 PERCENT LISTS FRANCHISES ET AL. | SECTION "R" (4) |

## **ORDER AND REASONS**

Before the Court is a joint motion from plaintiff One Percent Lists Carolinas, LLC; third-party defendant Jessica Wynne Vogel; and defendants 1 Percent Lists Franchises, LLC, Lisa Edwards, and Absobeautly, LLC, d/b/a 1 Percent Lists Advantage to continue certain non-expired pretrial deadlines.[1] For the following reasons, the Court grants the motion in part.

Rule 16(b) of the Federal Rules of Civil Procedure provides that "[a] scheduling order may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).  The "good cause standard requires the party seeking relief to show that the deadlines cannot reasonably be met despite the diligence of the party needing the extension."  *S&W Enters., L.L.C. v. SouthTrust Bank, NA*, 315 F.3d 533, 535 (5th Cir. 2003) (cleaned

---

[1]     R. Doc. 95.

1

up).  Whether to grant or deny a continuance is within the sound discretion of the trial court. *United States v. Alix*, 86 F.3d 429, 434 (5th Cir. 1996).

The parties previously filed a joint motion to continue the jury trial scheduled for September 21, 2026, and all pretrial deadlines set forth in the Court's Scheduling Order of November 3, 2025.[2]  The Court denied that motion.[3]  The parties now seek a narrower modification to the Scheduling Order that preserves the trial date.

The Court finds that the parties have shown good cause for minor scheduling modifications.  *See S&W Enters., L.L.C.*, 315 F.3d at 535.  The timing of plaintiff's Motion to Compel and for Sanctions was within plaintiff's control; plaintiff should have filed this motion earlier.[4]  The Court does not find that the timing of this motion creates good cause for a continuance.  But the parties have shown good cause for a scheduling modification to allow more time to take expert depositions.  The current schedule allows only a few days.  The Court accomplishes this by accepting the parties' suggestion to provide for an exchange of expert reports.  The new deadlines are as follows.

---

[2]    R. Doc. 88; R. Doc. 69.
[3]    R. Doc. 90.
[4]    R. Doc. 98.

2

The parties shall exchange expert reports under Fed. R. Civ. P. 26(a)(2)(B) or disclosures under Fed. R. Civ. P. 26(a)(2)(C) as soon as possible, but in no event later than **JUNE 25, 2026**.

Depositions for trial use shall be taken and all other discovery shall be completed no later than **JULY 9, 2026.**

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, including the address and telephone number of each witness.  Each party shall designate those witnesses whose testimony the party expects to present by deposition, and include a transcript of the pertinent parts of the deposition.  Additionally, each party shall identify the documents or exhibits the party may or will use at trial, separately identifying those items the party expects to offer and those it may offer if the need arises.  These disclosures must be made no later than **JULY 9, 2026**.

All non-evidentiary pretrial motions, including dispositive motions, shall be filed no later than **JULY 9, 2026**.  Memoranda in opposition to motions with citations of authorities are to be filed no later than **JULY 16, 2026**.  Any reply memoranda shall be filed no later than **JULY 23, 2026**, at which time the motion will be deemed submitted.  This Section adheres to Local Rule 78.1 regarding oral argument on motions.  **Deposition**

**transcripts submitted in support of motions are to be in an uncompressed format, specifically, double spaced lines on single sided pages.**

Motions challenging the qualifications of expert witnesses, and/or the reliability, or relevance of expert testimony ("*Daubert* motions") shall be filed no later than **JULY 9, 2026**.  Memoranda in opposition to motions with citations of authorities are to be filed no later than **JULY 16, 2026.**  Any reply memoranda shall be filed no later than **JULY 23, 2026**, at which time the motion will be deemed submitted.  This Section adheres to Local Rule 78.1 regarding oral argument on motions.

New Orleans, Louisiana, this 8th day of June, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE